# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 11-21435-CIV-ALTONAGA/Simonton

**ANIELKA BAEZ**,

     Plaintiff,

vs.

**LTD FINANCIAL SERVICES LP**,

     Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be perfected upon defendants within 120 days after the filing of the complaint. Plaintiff filed this action on April 25, 2011, and to date, there is no indication in the court file that Defendant has been served with the summons and Complaint. It is therefore

**ORDERED AND ADJUDGED** that on or before **August 23, 2011**, Plaintiff shall perfect service upon the Defendant or show cause why this action should not be dismissed for failure to perfect service of process. Failure to file proof of service or show good cause by **August 23** will result in a dismissal of this case without prejudice and without further notice

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of May, 2011.

*Cecilia M. Altonaga*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record